IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-086-CV





TEXAS STATE BOARD OF MEDICAL EXAMINERS,



 APPELLANT


vs.





GEORGE CANTU, M.D.,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT



NO. 92-05354, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING



 




PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a).

 The appeal is dismissed.


Before Justices Powers, Jones and Kidd

Dismissed on Appellant's Motion

Filed: October 6, 1993

Do Not Publish